USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   STRIKE 3 HOLDINGS, LLC,                 :
                                                   :
                                  Plaintiff,    :
                                                   :         20-CV-7065 (VEC)
                    -against-                 :
                                                     :                <u>ORDER</u>
   JOHN DOE,                                  :
                                                     :
                                  Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff filed this case against Defendant pseudonymously despite Plaintiff's knowledge of Defendant's identity;

       WHEREAS on August 31, 2020, Plaintiff filed a redacted version of the Complaint (Dkt. 1);

       WHEREAS on September 8, 2020, the Court ordered that, no later than 15 days from the date of service, Defendant must show cause why Plaintiff's Complaint should not be unredacted and filed on the public docket (Dkt. 8);

       WHEREAS Plaintiff filed a redacted Affidavit of Service evidencing that on September 15, 2020, Plaintiff served on Defendant by mail the Complaint, summons, and a copy of the Court's September 8, 2020 order (Dkt. 9);

       WHEREAS Defendant's time to respond to the Complaint expired on October 9, 2020; and

       WHEREAS Defendant has not shown cause why Plaintiff's Complaint should not be filed in unredacted form on the public docket, has not responded to the Complaint, and has otherwise failed to appear in this case;

IT IS HEREBY ORDERED not later than **October 20, 2020**, Plaintiff must file an unredacted version of its Complaint on the public docket.

IT IS FURTHER ORDERED that Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **October 30, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  October 16, 2020
       New York, NY

**VALERIE CAPRONI**
**United States District Judge**